■ MALCOLM REESE, Appellant, v CARL E. McDANIEL, Defendant, and MICHAEL E. SCARBORO et al., Respondents. [638 NYS2d 43] —Order, Supreme Court, New York County (Edward Lehner, J.), entered December 30, 1994, which, insofar as appealable, denied plaintiff's motion to renew prior orders, same court and Justice, dismissing the complaint as against defendants-respondents for want of prosecution and denying a first motion to renew such dismissal, unanimously affirmed, without costs.

Plaintiff's excuse for failing to comply with defendants' 90-day demand and then for failing to offer an excuse for such noncompliance on his first motion to renew or reargue—that he was incarcerated at all relevant times and did not want to reveal that fact for fear of prejudicing his position in settlement negotiations—is of dubious validity with respect to the original motion to dismiss and of no validity with respect to plaintiff's first motion to renew. Concur—Milonas, J. P., Wallach, Ross and Mazzarelli, JJ.